# In the United States Court of Federal Claims

No. 20-412

(Filed: 18 November 2021)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MAKETA S. JOLLY, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On 18 November 2021, the Court held a telephonic status conference to discuss the potential referral of this case to the Court's Bar Association Pro Bono/Attorney Referral Pilot Program. Plaintiff expressed oral consent to such referral, and the government did not oppose. The Clerk of Court is now **DIRECTED** to refer this case to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program for 60 days for the potential representation of plaintiff by counsel.

The Court makes no representation that the Bar Association will be successful in identifying possible pro bono counsel for plaintiff. If the Bar Association is able to identify possible counsel, plaintiff is not obligated to engage any particular attorney, nor is an attorney obligated to represent plaintiff. The Court does not endorse representation by any individual attorney. All decisions concerning representation, if any, will be by mutual agreement between plaintiff and an attorney. A Bar Association representative will contact plaintiff as to whether potential counsel is identified.

The Court **STAYS** this case for 60 days pending the identification of potential counsel by the Bar Association. The stay shall include all pending motions. Following the stay, or before then if there is an update to report, the parties **SHALL FILE** a joint status report on or before **1 February 2022** providing an update on the outcome of the referral and other issues, if any, the parties wish to bring to the Court's attention.

IT IS SO ORDERED.

s/ Ryan T. Holte
RYAN T. HOLTE
Judge